FILED
2004 OCT 15 AM 9:46

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### AT HAMMOND

| | |
|---|---|
| In re:<br><br>Deborah A. Hostetter,<br><br>　　Debtor. | Bankruptcy No. 04-60973-JK |
| MBNA America Bank, N.A.,<br><br>　　Plaintiff,<br><br>v.<br><br>Deborah A. Hostetter,<br><br>　　Defendant. | ADV. NO. 04-6084-jk<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

COMES NOW the Plaintiff, MBNA America Bank, N.A., by and through its attorney, Randall Kammeyer, pursuant to F.R.B.P. 7055 and F.R.C.P. 55, and moves that the Court enter a judgment by default against Defendant and states as follows:

1)　　That on March 7, 2004, Defendant filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2)　　That on May 27, 2004, Plaintiff filed this Adversary proceeding against Defendant.

3)　　That summons was issued by the United States Bankruptcy Court, Northern District of Indiana on May 27, 2004, and was served on Defendant and her attorney, along with a copy of the complaint, by first class mail, postage prepaid, within 10 days from the date summons was issued.

4)　　Defendants answer was due on June 28, 2004.

Page 1 MOTION FOR ENTRY OF DEFAULT JUDGMENT

5)  Defendant has not filed an answer, pleaded or filed an appearance.

6)  On August 2, 2004, the Clerk of the United States Bankruptcy Court, Northern District of Indiana, entered a default and instructed Plaintiff to file this Motion for Default within 60 days.

7)  The Affidavit of Relief Sought is submitted in support of this Motion.

DATED October 8, 2004.

*[signature]*

Attorney for Plaintiff
Randall Kammeyer
Hawk, Haynie, Kammeyer & Chickedantz, LLP
116 East Berry Street
Lincoln Tower Suite 302
Fort Wayne, IN  46802
Phone: 260-422-1515

FILED

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
AT HAMMOND**

AM 9:46

CHRISTOPHER M. DeTORO
CLERK OF COURT
US BANKRUPTCY COURT
N. DISTRICT OF INDIANA

| | |
|---|---|
| In re:<br><br>Deborah A. Hostetter,<br><br>    Debtor. | Bankruptcy No. 04-60973-JK |
| MBNA America Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Deborah A. Hostetter,<br><br>    Defendant. | ADV. NO. 04-6084-jk<br><br>**AFFIDAVIT OF RELIEF SOUGHT** |

STATE OF INDIANA    )
COUNTY OF                   ) ss.

I, Randall Kammeyer, being first duly sworn, depose and say:

    I am the attorney for Plaintiff, MBNA America Bank, N.A. This affidavit is submitted in support of Plaintiff's Motion for Entry of Default Judgment.

    The Defendant was served with a true copy of the Complaint and Summons by first-class mail deposited with the United States Postal Service on 5/27/04.

    Defendant has not filed an Answer to the complaint within the time allowed.

///

///

///

///

Page 2 AFFIDAVIT OF RELIEF SOUGHT

I am informed and believe that the allegations of the Complaint are true and accurate.

_____
Attorney for Plaintiff
Randall Kammeyer
Hawk, Haynie, Kammeyer & Chickedantz, LLP
116 East Berry Street
Lincoln Tower Suite 302
Fort Wayne, IN 46802
260-422-1515

Subscribed and sworn to before me on  10/8/04

_____
Notary Public
My Commission Expires: 3/3/12

Page 3 AFFIDAVIT OF RELIEF SOUGHT